**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL ACTION NO. 21-28-DLB-EBA**

**JAMES EVERAGE**                                                                   **PLAINTIFF**

**v.**                                               **JUDGMENT**

**KENTUCKY STATE TROOPER GAYHEART, et al.**                      **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered contemporaneously today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED and ADJUDGED** as follows:

(1)    **JUDGMENT** is entered **in favor of Defendants Chadd Daniels, Matthew Gayheart, Nathan Roark, and Bobby Roberts** on Counts I, II, III, IV, and V of Plaintiff James Everage's Complaint (Doc. # 1);

(2)    This matter is hereby **STRICKEN** from the Court's active docket; and

(3)    This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 17th day of September, 2025.



Signed By:
David L. Bunning
Chief United States District Judge